IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15-CV-253 |
| vs. | ORDER CONFIRMING SALE |
| VLADIMIR POLYANSKY, et al., | |
| Defendants. | |

    This matter is before the Court on the plaintiff's Motion to Confirm Sale (filing 28). The Court previously entered a Judgment and Decree of Foreclosure and Order of Sale on December 2, 2015 (filing 23), pursuant to which the Clerk of the Court entered an Order of Sale on January 20, 2016 (filing 25). The Court is now in receipt of a return of service from the United States Marshal (filing 27), confirming that notice was published and that the property was sold at auction on March 11, 2016.

    Having considered the return and the other filings in the record, the Court finds that the Order of Sale entered by the Court has been executed by the United States Marshal according to law and the orders of the Court. The Court further finds that the notice of sale was published by law as is required, and that at the time and place stated in the notice, the property described in the Court's judgment was offered for sale by the United States Marshal. The property was auctioned for sale as a single unit, as provided by the Decree of Foreclosure, Order of Sale, and notice of sale. The proceeds derived from the sale of the property were the sum of $69,291, and the highest bidder for the property was Stephen S. Molnar. The property was sold for fair value to the highest bidder under the circumstances and conditions of the sale, and a subsequent sale would not realize a greater return of proceeds. Therefore, the sale will be confirmed.

    IT IS ORDERED:

1. The plaintiff's Motion to Confirm Sale (filing 28) is granted.

2. The sale is confirmed.

3. The United States Marshal shall make and deliver a deed to the purchaser of the property.

4. The Clerk of the Court shall disburse the proceeds of the sale as set out in the Judgment and Decree of Foreclosure and Order of Sale (filing 23).

Dated this 4th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge